# IIN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MARCUS RAINEY** | **Case No.: 4:19-CR-00044-CDL-MSH-1** |

## ORDER ON MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE

Defendant *Marcus Rainey*, has moved the Court to continue the pre-trial conference of his case, presently scheduled for January 27, 2020, and to continue the trial until the September 2020 trial term. The Government does not oppose this motion. Defendant was arraigned on December 12, 2019, and is currently released on bond. Undersigned counsel needs additional time to review the discovery with client, discuss any possible defenses and conduct further investigation. Additional time will also allow undersigned counsel to further discuss with the government and client a possible resolution to this case. The Court finds that it is in the interests of justice to allow the parties to complete investigation, legal research and to explore possible plea negotiations and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 18] is **GRANTED**, and it is hereby ordered that this case shall be continued to the September 2020 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this 14th day of January, 2020.

S/Clay D. Land
U.S. District Judge